UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

L. YVONNE BROWN,

        Plaintiff,

v.                                               Case No: 2:18-cv-714-FtM-99MRM

FLORIDA GULF COAST
UNIVERSITY BOARD OF
TRUSTEES, KEN KAVANAGH,
KARL SMESKO, RODERICK
ROLLE, KELLY BROCK and
JESSICA HOMER,

        Defendants.
_____/

## **ORDER**[1]

Before the Court is Plaintiff's Notice of Compliance. (Doc. 15). Plaintiff states that she has provided the completed Notices of Lawsuit and Request for Waiver of Service of Summons and Waivers of Service of Summons for each of the six Defendants. But after review, the Court finds that Plaintiff failed to provide the necessary paperwork for Defendant Jessica Homer. (Doc. 16). Thus, the Court again orders the Plaintiff to prepare and forward completed Notices of Lawsuit and Request for Waiver of Service of Summons and Waivers of Service of Summons as to Jessica Homer.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Accordingly, it is now

**ORDERED:**

(1) Plaintiff has until on or before **February 11, 2019**, to prepare and forward completed Notices of Lawsuit and Request for Waiver of Service of Summons and Waivers of Service of Summons as to Jessica Homer. Upon receipt of appropriate instructions in proper form from the Clerk of Court, the United States Marshals Service must effect service of process without prepayment of costs or fees.

(2) **Failure to provide the required documents as directed will cause this case to be dismissed without further notice.**

**DONE** and **ORDERED** in Fort Myers, Florida this 31st day of January 2019.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record